34 So.2d 866

**John Tillman KELLY, Jr. (alias Junior Kelly) v. STATE.**

**7 Div. 934.**

Supreme Court of Alabama.

Feb. 18, 1948.

Handy Ellis, of Columbiana, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

34 So.2d 31

**Ex parte Silvia LIVINGSTON.**

**6 Div. 683.**

Supreme Court of Alabama.

Jan. 10, 1948.

M. B. Grace and R. J. Hagood, both of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied. Code 1940, Tit. 34, § 30.

34 So.2d 866

**McDONALD–GLASS CO., Inc. v. Phillip J. HAMM, as Commissioner of Revenue.**

**3 Div. 498.**

Supreme Court of Alabama.

March 16, 1947.

M. Camper O'Neal, of Birmingham, and Hill, Hill, Stovall & Carter, of Montgomery, for appellant.

Gardner F. Goodwyn, Jr., Asst. Atty. Gen., and Williard W. Livingston, of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

33 So.2d 272

**W. F. McDUFFIE et al. v. FEDERAL LAND BANK OF NEW ORLEANS et al.**

**4 Div. 468.**

Supreme Court of Alabama.

Dec. 2, 1947.

PER CURIAM.

Appeal dismissed, motion of appellants.

33 So.2d 272

**Thomas Pelham McKIBBON, Jr. v. Evelyn Layton McKIBBON.**

**6 Div. 539.**

Supreme Court of Alabama.

Nov. 25, 1947.

PER CURIAM.

Appeal dismissed, motion of appellant.

33 So.2d 272

**Joseph T. MARTIN v. Foreman A. ROGERS.**

**5 Div. 438.**

Supreme Court of Alabama.

Nov. 18, 1947.

PER CURIAM.

Appeal dismissed, want of prosecution.